■ HAZEL BASTIAN, Plaintiff, v. STEPHAN OSVATH et al., Defendants. (And Another Action.) — Motion granted and trial stayed pending hearing and determination of appeal.

■ MARGARET STASCO, Appellant, v. IDA EDDY, Respondent.— Motion granted and order of dismissal vacated, upon condition that the appellant file and serve upon the respondent, on or before April 1, 1959, a demand pursuant to rule VII of this court, and appeal set down for argument the first week of the May Term.

■ LESLIE G. PERDUE, Plaintiff, v. GLORIA J. PERDUE, Defendant.— Motion granted and appeal dismissed, without costs.

■ In the Matter of the Accounting of E. MILTON DUNLAVEY, as Executor of ANNA COLLOPY, Deceased.— Request for final order of dismissal of appeal denied.

■ VILLAGE OF HILTON, Plaintiff, v. CUMMINGS & HOLMES, INC., et al., Defendants. (Action No. 1.) CUMMINGS & HOMES, INC., Appellant, v. ROBINSON CLAY PRODUCTS CO., Respondent. (Action No. 2.) — Motions granted and appeals dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion granted and order entered September 14, 1955, insofar as it dismissed appeal of Robert Burd vacated; leave granted to file five typewritten copies of brief, one of which shall be the ribbon copy; brief to be filed by April 6, 1959 and case to be argued during May 1959 Term; Richard F. Griffin, Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAYNE HAROLD PHELPS.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WILLIAMS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN THOMAS, Appellant.— Motion for reargument of motion to appeal as a poor person, etc., denied; papers fail to show merit to appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KARL MULL, Appellant.— Motion for reargument of motion to appeal as poor person, etc., denied; papers fail to show merit to appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SAMUEL PETER DOVICO, Defendant.— Motion for a change of venue denied. All concur, Kimball, J. P., not participating. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY A. MUCHA, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT ROSS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.